IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>V.<br><br>DAVID OLIVERAS-VILLANUEVA<br><br>Defendant | Criminal No.17-00013 (FAB) |

## MOTION REQUESTING HEARING REGARDING JURY INSTRUCTIONS

TO THE HONORABLE COURT:

Comes now defendant David Oliveras-Villanueva through the undersigned counsel and very respectfully states, alleges and prays:

1. Defendant filed a proposed jury instruction regarding the essential elements of the crime charged under 18 U.S.C. §1001 [Dkt. No. 67].

2. The government has also filed a proposed jury instruction including one regarding the essential elements of 18 U.S.C. §1001 [See Dkt. No. 72-1 at page 14].

3. There are obviously important differences in the jury instructions submitted. This matter should be resolved by the Court before opening statements. We request that the Court sets a short time on the morning of August 9, 2017, before opening statements, for discussion of this matter with the parties.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this August 4, 2017.

**CERTIFICATE OF SERVICE**: I hereby certify that on August 4, 2017, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to AUSA Seth Erbe (seth.a.erbe@usdoj.gov).

*s/juan r. acevedo-cruz*
**JUAN R. ACEVEDO-CRUZ** (120701)
ATTORNEY FOR DEFENDANT
DAVID OLIVERAS VILLANUEVA
SUITE 501-A
BANCO COOPERATIVO PLAZA
623 AVE. PONCE DE LEON
SAN JUAN PR 00917
TEL. (787) 751-2341
FAX. (787) 751-2795
Email: jr@jracevedo.com