# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

*Morning Session:*
Set: 9:00 AM
Started: 9:51 am – 11:45 am

*Afternoon Session:*
Set: 1:15 pm
Started: 1:38 pm – 5:00 pm

**MINUTES OF PROCEEDINGS**  Date: August 9, 2017
**BEFORE JUDGE FRANCISCO A. BESOSA**  CASE NO. 3:17-CR-00013-1 (FAB)
COURTROOM DEPUTY: Gladys Romañach
COURT REPORTER: Joe Reynosa
COURT INTERPRETER: Heidi Cazes / Edna Brayfield

| | |
|---|---|
| **United States of America** | Seth Erbe |
| v. | |
| **DAVID OLIVERAS-VILLANUEVAS** | Juan R. Acevedo-Cruz |

**First day of Jury Trial held.** Defendant, O/B, was present in court and assisted by the certified court interpreter. The courtroom was open to the public and with the assistance of the CSO, all family members and friends of the defendant interested in being present in the courtroom during jury selection and trial were accommodated.

**Housekeeping matters:**

- Defense counsel stated for the record that this case is about false statements and that any evidence having to do with the robbery was objected by defendant.

- Proposed jury instructions, if not already provided to the Court, will be provided no later than August 10, 2017 at noon.

**Jury matters:**

The jury was *voir dired*, impaneled and sworn in. Before taking the oath of the jury panel, Juror #7 informed, through the CSO, that he could not work in criminal cases. After conferring with counsel at sidebar, the Court excused Juror #7. Alternate Juror #1 was selected as regular juror.

Preliminary instructions were given by the Court.

**Trial Matters:**

Opening statements by AUSA Seth Erbe and defense counsel were heard.

Government's witnesses, testimony heard:

1. Carmelo Bergollo-Serrano (assisted by interpreter Jose F. Irizarry, who was put under oath because he is not court certified). Direct and cross examination.

2. Jacob Rosa-Gonzalez (assisted by interpreter Jose F. Irizarry). Direct, cross and re-direct examination.

3. TFO Samuel Bermudez. Direct, cross and re-direct examination.

**EvidenceAdmitted:**

Government's Exhs. 1a, 1b, 1c, 1d.
Defendant's Exhs. – None.

**Further Jury Trial scheduled to continue with the testimony of a new witness on August 10, 2017 at 1:30 pm in Courtroom 2 before Judge Francisco A. Besosa.**

                                           *s/Gladys Romañach*
                                           Courtroom Deputy Clerk

**\*\*The Court instructed the Court Security Officer (CSO) to provide the jury with morning and afternoon snacks, as well as with lunch and/or dinner during deliberations. In addition, the Court will authorize lodging in the San Juan area during proceedings, if requested, for those jurors who live at least 90 miles from the courthouse.\*\***