*Session:*
Set: 1:30 pm
Started: 1:57 pm
Ended: 3:30 pm

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | Date: August 10, 2017 |
| **BEFORE JUDGE FRANCISCO A. BESOSA** | CASE NO. 3:17-CR-00013-1 (FAB) |
| COURTROOM DEPUTY: Gladys Romañach | |
| COURT REPORTER: Joe Reynosa | |
| COURT INTERPRETER: Heidi Cazes / Edna Brayfield | |

| | |
|---|---|
| United States of America | Seth Erbe |
| v. | |
| **DAVID OLIVERAS-VILLANUEVAS** | Juan R. Acevedo-Cruz |

**Second day of Jury Trial held.** Defendant, O/B, was present in court and assisted by the certified court interpreter. The courtroom was open to the public and with the assistance of the CSO, all family members and friends of the defendant interested in being present in the courtroom during jury selection and trial were accommodated.

**Trial Matters:**

- Stipulation as to defendant possessing his cell phone while on duty was signed by the parties, filed in open court and read to the jurors.

- Government rested.

- Out of the presence of the jury, Rule 29 motion for judgment of acquittal was presented by defense counsel. Government's opposition was heard. After hearing the arguments of both parties, the Court denied the motion for acquittal.

- Testimony of defendant David Oliveras (assisted by the certified court interpreter) was heard. Direct, cross and re-direct examination.

- Defendant rested.

- Arguments for renewal of motion for acquittal were heard; motion was denied.

**In Chambers Conference:**

Charge conference was held in chambers to review and discuss the final version of the jury instructions and verdict form. All counsel of record were present.

**EvidenceAdmitted:**

Defendant's Exhs. – none.

**Further Jury Trial scheduled to continue on August 11, 2017 at 10:00 am in Courtroom 2 before Judge Francisco A. Besosa.**

                                               *s/Gladys Romañach*
                                               Courtroom Deputy Clerk