IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff

v.

DAVID OLIVERAS-VILLANUEVA,
Defendant.

Criminal No. 17-013 (FAB)



## STIPULATION

The parties have stipulated as follows:

David Oliveras-Villanueva's cellular telephone was in his possession while he was on his armored truck route on December 20, 2016.

SETH A. ERBE
Assistant United States Attorney
On behalf of the United States

DAVID OLIVERAS VILLANUEVA
Defendant

JUAN RAMON ACEVEDO
Attorney for David Oliveras Villanueva