# UNITED STATES DISTRICT COURT

FOR THE        DISTRICT OF        PUERTO RICO

UNITED STATES OF AMERICA

V.

DAVID OLIVERAS-VILLANUEVAS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:17-cr-00013-1(FAB)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Francisco A. Besosa

Signature of Judge

Francisco A. Besosa        U.S. District Judge

Name of Judge        Title of Judge

August 11, 2017

Date